

**ORDERED in the Southern District of Florida on September 2, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

CARMEN M. TAMAYO,   Case No. 20-15625-RAM

    Debtor.
_____/   Chapter 7

SBC-Ops, LLC, Chapter 7 Creditor,

    Plaintiff,
v.   Adv. Pro. No. 20-01344-RAM

CARMEN M. TAMAYO,

    Defendant.
_____/

## AGREED FINAL JUDGMENT OF NON-DISCHARGEABILITY

This **AGREED FINAL JUDGMENT OF NON-DISCHARGEABILITY** (the "**Judgment**") is based upon agreements of the parties, effective as of entry hereof, by and between Debtor, Carmen M. Tamayo ("**TAMAYO**" or "**Debtor**") and SBC-Ops (the "**Creditor**" or "**SBC**", and collectively with the Debtor, the "**Parties**").

On May 22, 2020, the DEBTOR filed a Chapter 7 bankruptcy case (Case no. 20-15625-RAM) in the Southern District of Florida (Miami Division).

1

WHEREAS, on or about August 29, 2020, Creditor filed an adversary proceeding under 11 U.S.C. §523(a)(2)(B), (a)(4), and (a)(6), (Case no. 20-01344-RAM) against the DEBTOR.

Rather than proceed with litigation concerning the Adversary Proceeding, the Parties engaged in good faith, arms' length negotiations to resolve the foregoing in its entirety.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, ORDERED AND ADJUDGED THAT JUDGMENT** be entered as follows:

1. TAMAYO consents to the jurisdiction of this Court to enter a final judgment of non-dischargeability against him in this proceeding with respect to the Complaint ("Complaint") filed in the Adversary case number 20-01344-RAM and the Claims in the Complaint, to the extent that same seeks the non-dischargeability of the Claims.

2. An Agreed Final Judgment of Non-Dischargeability is hereby entered in favor of SBC, 1450 NW 87TH AVE., Suite 210, Doral, FL 33172, in the amount of thirty thousand dollars ($30,000.00) (the "Judgment Debt") which shall bear interest from the date of the judgment at the statutory rate per annum, for which sum let execution issue forthwith.

3. The Judgment Debt is hereby adjudicated to be non-dischargeable pursuant to Bankruptcy Code, 11 U.S.C. §523(a)(2)(B), (a)(4), and (a)(6), and based upon the facts alleged in the Complaint.

4. The Bankruptcy Court shall have exclusive jurisdiction over any action to enforce this Judgment, or any provision thereof.

5. Creditor and Debtor have entered into a Settlement Agreement and Release which indicates re-payment terms by the Debtor to the Creditor of the Judgment Debt. Creditor agrees to withhold execution of the Agreed Final Judgment of Non-Dischargability so long as the Debtor complies under the Settlement Agreement and Release.

6. The undersigned represent that the respective parties have obtained the advice of counsel and are consenting and agreeing to all of the terms of this Judgment freely and voluntarily.

7. The Clerk of Court shall enter this Judgment promptly on the docket of the Court.

**AGREED AND CONSENTED TO:**

*/s/ Carmen M. Tamayo*
Carmen M. Tamayo, Defendant Debtor

**AGREED AND CONSENTED TO FORM**
**AND SUBSTANCE:**

| | |
|---|---|
| */s/ Kristina Gonzalez* | */s/ Jennifer C. Pratt* |
| KRISTINA GONZALEZ, ESQ. | JENNIFER C. PRATT, ESQ. |
| Kingcade, Garcia, & McMaken, P.A | PraDa Law |
| 1370 Coral Way | 1450 NW 87th Ave., Suite 210 |
| Miami, Florida 33145 | Doral, FL  33172 |
| KGP@miamibankruptcy.com | jcpratt@prada.law |